

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-94,425-01

**EX PARTE JAMES HENRY NOLAN, III, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 22CR2706-83-1 IN THE 122ND DISTRICT COURT
## FROM GALVESTON COUNTY

*Per curiam*. YEARY, J. filed a concurring opinion.

## O P I N I O N

Applicant was convicted of possession of a controlled substance and sentenced to one year imprisonment. The Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary because at the time of his plea, he was not aware that the substance he possessed contained no controlled substances. The State agrees. Based on the record, the trial court has determined that Applicant's plea was involuntary.

Relief is granted. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014), *Brady v. United States*, 397 U.S. 742 (1970). The judgment in cause number 22CR2706 in the 122nd District Court

of Galveston County is set aside, and Applicant is remanded to the custody of the Sheriff of Galveston County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 15, 2023
Do not publish